

# Fourth Court of Appeals
## San Antonio, Texas

July 20, 2021

No. 04-21-00220-CV

**IN THE INTEREST OF H.A.J.R., L.R.R., AND M.R.R.**

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2020-PA-01028
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

This is an accelerated appeal of an order terminating appellant's parental rights, which must be disposed of by this Court within 180 days of the date the notice of appeal is filed. TEX. R. JUD. ADMIN. 6.2. Appellant's brief was due June 29, 2021, but has not been filed. We ORDER appellant to file her brief on or before **July 30, 2021.**

Given the time constraints governing the disposition of this appeal, requests for extensions of time will be disfavored.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of July, 2021.



_____
MICHAEL A. CRUZ, Clerk of Court